# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2014

## NO. 03-12-00625-CV

**Texas Commission on Environmental Quality and
Waste Control Specialists LLC, Appellants**

**v.**

**Sierra Club, Appellee**

## APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## REVERSED AND RENDERED -- OPINION BY JUSTICE ROSE

This is an appeal from the order signed by the trial court on September 17, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order denying TCEQ's and WCS's pleas to the jurisdiction and renders judgment dismissing Sierra Club's action for lack of jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.